UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Court No. |
| | ) | |
| | ) | |
| HAESE, L.L.C., | ) | |
| | ) | |
| *Defendant.* | ) | |

## COMPLAINT FOR MONEY JUDGMENT

The United States of America, by its attorneys, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Financial Management Service (hereinafter "FMS"). The debt was referred to FMS in accordance with the Debt Collection Improvement Act of 1996. (DCIA) (31 U.S.C. § 3701 et seq.)

3. Defendant Haese, L.L.C., is a Massachusetts business whose last known address is in Boston, MA.

4.      On February 28, 2006, the U.S. Department of Labor, Employment Standards Administration (hereinafter "ESA") determined defendant Haese, L.L.C. failed to pay wages as required under the H-1B provisions of the Immigration and Nationality Act. The Defendant was notified of the violation and informed to pay back wages in the amount of $19,409.94 to one employee. See Exhibit "A" attached hereto and incorporated herein.

5.      On July 21, 2006, the Defendant and ESA entered into a Settlement Agreement and Consent Findings related to the violation and subsequent payments of back wages. The Defendant agreed to the payment of back wages in the amount of $19,260 less deductions for the employee's share of social security, withholding taxes and any other authorized withholdings. In addition, the payments were to be made in seven (7) installments of $2,500 each, and an final installment of $1,760. The agreement was approved by an Administrative Law Judge on August 4, 2006. See Exhibits "B-C" attached hereto and incorporated herein.

6.      The Defendant failed to comply with the terms of the Settlement Agreement by not submitting scheduled payments.

7.      The debt was then referred the Department of Treasury, Financial Management Service for further debt collection efforts. At which time additional fees and penalties were incurred. See Exhibit "D-E" attached hereto and incorporated herein.

8.      The Defendant has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against the Defendant in the principal amount of $19,260.00; plus interest in the amount of $352.48; plus administrative and penalty charges in the amount of $7,453.04, for a total of $27,065.52.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorneys
>
>CARMEN M. ORTIZ
>United States Attorney
>
>By: */s/ Christopher R. Donato*
>
>CHRISTOPHER R. DONATO
>Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>(617) 748-3303

Dated: December 21, 2009